UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 20-4288-KS                                            Date: March 1, 2021

Title    *Narine Ghadanian v. Andrew M. Saul*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: SANCTIONS**

On May 12, 2020, Plaintiff filed a Complaint in this social security case pursuant to 42 U.S.C. § 405(g).  (Dkt. No. 1.)  On May 14, 2020, the Court issued its scheduling order, which gave Plaintiff 35 days from the filing of the Answer to provide government counsel with her portion of the joint submission. (Dkt. No. 9.) On December 14, 2020, Defendant filed an Answer. (Dkt. 18.)  Plaintiff therefore had until January 18, 2021 to provide defense counsel with her portion of the joint submission.  On February 26, 2021, defense counsel filed a Notice of Nonreceipt of Plaintiff's Portion of the Joint Submission (Dkt. No. 20), in which defense counsel indicated that more than a month had passed since Plaintiff's deadline for providing defense counsel with Plaintiff's portion of the joint submission but defense counsel had yet to receive Plaintiff's portion.

In light of the foregoing, **IT IS HEREBY ORDERED THAT PLAINTIFF'S COUNSEL SHALL SHOW CAUSE why she should not be sanctioned** for failure to comply with a court order—or seek an extension of time to do so.  **In order to discharge this Order, Plaintiff's counsel shall do BOTH of the following:**

(1) **Within 10 days of the date of this Order, Plaintiff's counsel shall provide Plaintiff's portion of the joint submission to defense counsel; AND**
(2) **Plaintiff's counsel shall appear for a status conference via Zoom on March 18, 2021 at 11:00 a.m.**

\\

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 20-4288-KS                                                                Date: March 1, 2021

Title        *Narine Ghadanian v. Andrew M. Saul*

    Plaintiff's counsel shall contact the courtroom deputy clerk, Gay Roberson, for information on attending the Zoom status conference on March 18, 2021.

    **Plaintiff's counsel's failure to timely comply with <u>all</u> of the terms of this Order <u>will</u> result in an order recommending sanctions.**

    **IT IS SO ORDERED**.

                                                                             **Initials of Preparer**   gr