UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  CV 20-4288-KS                                                                 Date: May 3, 2021

Title  *Narine Ghadanian v. Andrew M. Saul*


Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

|   Gay Roberson   |   N/A   |
|---|---|
|   Deputy Clerk   |   Court Reporter / Recorder   |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: GRANTING PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT**

On March 31, 2021, the Court dismissed the Complaint in this social security action without prejudice due to Plaintiff's failure to prosecute and comply with court orders. (Dkt. No. 29.)  Attorney Betty Herrera then filed a Notice of Appearance (Dkt. No. 33) and a Motion for Relief from Judgment of Dismissal (Dkt. No. 34) (the "Motion").  On April 6, 2021, the Court set a briefing schedule on the Motion, directing the Commissioner to file an Opposition—or Statement of Non-opposition—to the Motion no later than April 20, 2021. (Dkt. No. 36.)  Nearly two weeks have now passed since the Commissioner's deadline for filing a response to the Motion and no response has been filed.  Pursuant to the Local Rules, the Commissioner's failure to file the required response to the Motion within the Court's deadline "may be deemed consent to the granting . . . of the Motion."  L.R. 7-12.

Accordingly, **IT IS ORDERED that, no later than May 10, 2021, Defendant shall SHOW CAUSE why the Motion should not be granted pursuant to Local Rule 7-12** and the case re-opened for further proceedings.  Defendant's failure to timely comply with this Order will result in an Order granting the Motion.

**IT IS SO ORDERED**.

                                                                                                            :
                                                                    **Initials of Preparer**   gr