1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARINE GHADANIAN, | ) Case No. 2:20-cv-04288-KS |
| | ) |
| Plaintiff, | ) [PROPOSED] ORDER AWARDING |
| | ) EQUAL ACCESS TO JUSTICE ACT |
| v. | ) ATTORNEY FEES AND EXPENSES |
| | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| KILOLO KIJAKAZI, | ) AND COSTS PURSUANT TO 28 |
| Acting Commissioner of Social Security, | ) U.S.C. § 1920 |
| | ) |
| | ) |
| Defendant. | ) |

Based upon the parties' Stipulation for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act:

IT IS ORDERED that fees and expenses in the amount of $5,500.00 (five thousand five hundred dollars) as authorized by 28 U.S.C. § 2412, and costs in the amount of $0.00 (zero dollars) as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: January 26, 2022            _Karen L. Stevenson_
                                  HONORABLE KAREN L. STEVENSON
                                  UNITED STATES MAGISTRATE JUDGE

-1-